OCTOBER 13, 1977

No. 76–1757. WESSEL v. PENNSYLVANIA STATE BOARD OF LAW EXAMINERS. Sup. Ct. Pa. Certiorari dismissed under this Court's Rule 60.

OCTOBER 14, 1977

No. A–331. MEANS v. SOUTH DAKOTA. Application for stay of order of the Supreme Court of South Dakota, dated September 9, 1977, presented to MR. JUSTICE BLACKMUN, and by him referred to the Court, granted, pending receipt of a response from respondent which is to be filed before the close of business October 21, 1977, and until further action of this Court.

OCTOBER 17, 1977

No. 76–1349. MAHER, COMMISSIONER OF SOCIAL SERVICES OF CONNECTICUT, ET AL. v. BUCKNER ET AL. Appeal from D. C. Conn. Motion of appellees for leave to proceed *in forma pauperis* granted. Judgment affirmed.

No. 76–1519. KUHNLE v. O'HAGAN, COMMISSIONER, FIRE DEPARTMENT OF THE CITY OF NEW YORK, ET AL. Appeal from Ct. App. N. Y. dismissed for want of substantial federal question.

No. 76–1813. THOMPSON v. WASHINGTON. Appeal from Sup. Ct. Wash. dismissed for want of substantial federal question.

No. 77–280. PAUL KOCH VOLKSWAGEN, INC. v. WISHERD. Appeal from Ct. App. Ore. dismissed for want of substantial federal question.